IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIM DANIEL | : |
|     Plaintiff | : |
| vs. | :   Case No.: 8:17-cv-02693-PWG |
| MORAN FOODS LLC, SUPERVALU | : |
| d/b/a SAVE-A-LOT | : |
|     Defendant | : |

### KIM DANIEL'S DISCLOSURE OF DAMAGE CLAIMS AND RELIEF SOUGHT

Plaintiff, Kim Daniel ("Ms. Daniel"), by and through undersigned counsel, Shakétta A. Denson and **CHASEN**BOSCOLO, pursuant to the Scheduling Order and Discovery Order entered by this Court on September 21, 2017 and the Fed. R. Civ. P. 26(a)(1)(A)(iii), provides the following information:

1.     A computation of each category of damages claimed by the disclosing party- who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

Ms. Daniel has not decided whether she will claim her economic damages. In the interest of cooperation, the economic losses Ms. Daniel has incurred as a result of Defendant's negligence are as follows:

| **PROVIDER** | **AMOUNT** |
|---|---|
| Kaiser Permanente Tysons Corner Urgent Care (08/02/2015) | $    236.00 |
| Multi-Specialty HealthCare (08/07/2015 to 10/15/2015) | $ 4,360.00 |
| MED, LLC (08/21/2015) | $     91.50 |
| Drs. Mininberg & Fechter, P.A. (09/21/2016) | $ 1,145.00 |

**MEDICAL EXPENSES** $ 5,832.50

**LOST WAGES** $ 3,115.52

Lost Wages Calculation:

August 2, 2015 to September 10, 2015;

16 days missed, 8 hours per day, $24.34 per hour;

16 x 8 = 128.00 hours missed;

128 x 24.34 = $3,115.52 wages lost.

**TOTAL MONETARY DAMAGES** $ 8,948.02

Please see the medical bills, medical records and lost wage documentation in Ms. Daniel's possession attached.

**Non-Monetary Relief Sought**

Ms. Daniel is not seeking any specific non-monetary relief

Respectfully submitted,

**CHASEN**BOSCOLO

By: _____
Shaketta A. Denson
sdenson@chasenboscolo.com
7852 Walker Drive, Suite 300
Greenbelt, Maryland  20770
(301) 220-0050
(301) 474 1230 (fax)
Counsel for Kim Daniel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2017, a copy of Kim Daniel's Disclosure of Damage Claims and Relief Sought was mailed, postage pre-paid to:

Christopher R. Dunn, #05278
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP
1725 Melford Boulevard, Suite 200
Bowie, Maryland 20715
Counsel for Defendant

_____
Shakétta A. Denson