Kaiser Foundation Health Plan
2101 East Jefferson Street
Patient Financial Services Dept.
Rockville, MD 20852

Tax ID: 52-0954463

In order to ensure that you have received a fully itemized statement pertaining to this case, please call the Patient Financial Services Department at the number listed below. Thank you in advance for your prompt payment.

PFS Billing Unit
Monday - Friday, 8 am - 4 pm
1 (800) 368-5784 ext. 7140 or (301) 816-7140

CHASEN BOSCOLO ESQ
7852 WALKER DRIVE SUITE 300
GREENBELT, MD 20770

Statement Date: 08/26/15
Medical Record Number: 161089238
Account Number: 1363138

Patient Name: KIM DANIEL

If our member received several types of services during an office visit, emergency room visit, or hospital stay, you may receive a separate itemization of these charges. Therefore, this statement may not include the entire amount of our lien.

Charges

| Date of Service | POS | DX | CPT | Qty | Service Description | Provider | Charges |
|---|---|---|---|---|---|---|---|
| 08/02/15 | TYSONS CORN* | 719.46 | 99213 | 1 | OFC/OUTPT VISIT * | DANG, HOAN* | $136.00 |
| 08/02/15 | TYSONS CORN* | 719.46 | 73564 | 1 | RADIOLOGY SERVIC* | NGUYEN, VI* | $100.00 |

Total Charges: $236.00

Payments and Adjustments

| Post Date | POS | Service Description | Amount |
|---|---|---|---|

Total Payments and Adjustments: $0.00

Amount Due: $236.00

## Telephone Contact Summary

**Incoming Call**

| | Provider | Department | Center |
|---|---|---|---|
| 8/2/2015 3:58 PM | Wallen, Reginald M (M.D.) | Call Center Fr Oaks | |

## Patient Information

**Contacts**

| | Type | Contact | Phone |
|---|---|---|---|
| 08/02/2015 03:58 PM | Phone (Incoming) | Daniel, Kim (Self) | 202-449-2131 (M) |

**Reason for Call**

**CALL CTR APPOINT PER**
**TELEPHONE CONSULT**

**Disposition**

Appointment
MEMBER REQUESTS APPOINTMENT

## Call Documentation

**McDonald Tsr, Shanice** 8/2/2015 5:05 PM Signed
Calling to schedule appointment within 24 hours of original call and verbalizes no change in symptoms. Appointment scheduled per member's request.

**Strickland Tsr, Aunyae L.** 8/2/2015 3:58 PM Sign at exiting of workspace

Protocol: SIMPLE SCRIPT-MAS(07/28)
**Affirmative: Would you like to see if you qualify for a HouseCall video appointment without a co-pay, see if you qualify for a telephone appointment, schedule an appointment with your PCP, or have a message sent to your provider?**
**Disposition of Appointment suggested.**
Negative: Have you traveled to Guinea or Sierre Leone West Africa or have been exposed to or cared for someone diagnosed with Ebola within the past 21 days?
**Affirmative: Appointment with HCT**
**Disposition of MEMBER REQUESTS APPOINTMENT suggested.**

**Protocols/Scripts**

| Name | Status |
|---|---|
| SIMPLE SCRIPT-MAS ver: 48 - 7/6/15 | Used |

**Care Advice Given**

No Care Advice given for this encounter.

**Patient Instructions**

None

## Orders

**Allergies, Taking Medications, Problems and History as of this Encounter**

Allergies, Taking Medications, Problems and History as of this Encounter

**Encounter Status**

Open

**Problem List: Assess & Plan Notes, Encounter Dx & Associated Orders (Note: Unaddressed Problems will be filtered from view)**

None

**This is a filtered list. 8 active problems are not being displayed here.**

## Additional Encounter Information

**After Visit Summary**

After Visit Summary

**Allergies, Taking Medications, Problems and History as of this Encounter**

Allergies, Taking Medications, Problems and History as of this Encounter

**Other Encounter Information**

Routing, CC Chart, & Cosign Info, LOS, Charge & Enc Status, Audit trail

KAISER PERMANENTE

**Kim Daniel**

**8/2/2015 6:40 PM UC** Department: **Urg Care Cdu Tysons** Description: **45 year old female**
**MRN: 161089238** Encounter #: **202949854** Provider: **INTAKE-UC CDU-TYSONS RN**

**BILLING CODING QUERY**

Create In Basket Message

**UC/CDU Treatment Team**

| Provider | Role | From | To |
|---|---|---|---|
| **(R.N.), Intake-Uc Cdu-Tysons** | **Attending Provider** | **08/02/15 1704** | **08/02/15 1807** |
| **Dang, Hoang-Anh (D.O.)** | **Attending Provider** | **08/02/15 1807** | **--** |
| **McLaurin, Pamela R (L.P.N.)** | **LPN** | **08/02/15 1807** | **--** |
| **Pendilhe, Diogo** | **Urgent Care Tech** | **08/02/15 1820** | **--** |

**After Visit Summary**

After Visit Summary

**UC/CDU Notes**

UC/CDU Notes

**UC/CDU All Flowsheet Data**

UC/CDU All Flowsheet Data

**Previous UC/CDU Visits**

| | Complaint | Diagnosis Description | Type | Department | Provider |
|---|---|---|---|---|---|
| 6/8/15 | EAR PAIN | LEFT ACUTE SWIMMERS EAR ... | UC (HOME) | UC LA | Thompson, Dwayne D (M.D.); (R.N.)... |
| 4/7/15 | SORE THROAT; COUGH | PHARYNGITIS | UC (HOME) | UC CS | Lartevi, Kumapley K (M.D.); (R.N.... |
| 10/12/14 | CHEST PAIN | CHEST PAIN ... | UC (HOME) | UC LA | Assia, Christine L (M.D.); (R.N.)... |
| 4/21/14 | CHEST PAIN | CHEST PAIN ... | UC (HOME) | UCCCAP | (R.N.), Intake-Uc Cdu-Cap Hill; M... |
| 1/2/14 | URI SYMPTOMS | THROAT PAIN | UC (HOME) | UC LA | Wilson, Edward E (M.D.) |
| 7/29/13 | BACK PAIN | | UC (HOME) | UC LA | Raja, Bhuvana (M.D.); (R.N.), Int... |

**UC/CDU Arrival Info**

| Arrival | Acuity |
|---|---|
| 8/2/2015 6:00 PM | 4 Non-Urgent |

**Chief Complaint**

**KNEE PAIN**

**Diagnoses**

| | |
|---|---|
| **LEFT KNEE JOINT PAIN** - Primary | 719.46 |
| **LEFT KNEE CONTUSION, INIT** | 924.11 |

**Lab Results**

None

**Medication Administered This Visit from 11/14/2015 1047 to 11/17/2015 1047**

None

**Current Meds: Valid Rx as of this Encounter**

Current Meds: Valid Rx as of this Encounter

**UC/CDU Prescriptions**

None

**UC/CDU Medication Orders**

None



**All Orders as of this Encounter** Expand | Hide

| Ordered | | Status | Ordering User |
|---|---|---|---|
| 08/02/15 1808 | **Knee (Left) Xray with Sunrise** Comments: Clinical Hx/Reason for Study: ... | Completed | DANG, HOANG-ANH T |
| 08/02/15 1856 | **DISCHARGE HOME WHEN DISCHARGE CRITERIA MET** | Completed | DANG, HOANG-ANH T |

**Allergies (verified on: 08/12/15)**

| Agent | Severity | Comments |
|---|---|---|
| **BACTRIM** | | |

Encounter Vitals

| | 08/02/15 1806 |
|---|---|
| **Enc Vitals** | |
| BP | 112/79 mmHg |
| Pulse | 80 |
| Resp | 17 |
| Temp | 98.1 °F (36.7 °C) |
| Temp src | Oral |
| SpO2 | 100 % |

**Letters**

| | Status |
|---|---|
| **Dang, Hoang-Anh (D.O.) on 8/2/2015** | Sent |

**UC/CDU Events**

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 08/02/15 1807 | Remove Attending | ROSSITER, LAUREN A RN | (R.N.), Intake-Uc Cdu-Tysons removed as Attending |
| 08/02/15 1807 | Assign Attending | ROSSITER, LAUREN A RN | Dang, Hoang-Anh (D.O.) assigned as Attending |
| 08/02/15 1807 | Triage Completed | ROSSITER, LAUREN A RN | |
| 08/02/15 1831 | Patient transferred to OTF | PENDILHE, DIOGO A. | |
| 08/02/15 1904 | Patient departed from ED | PENDILHE, DIOGO A. | |
| 08/02/15 1800 | Patient arrived in ED | ROBINSON, TAMEKA LASHAUN | |
| 08/02/15 1800 | Patient roomed in ED | ROBINSON, TAMEKA LASHAUN | |
| 08/02/15 1805 | Triage Started | ROSSITER, LAUREN A RN | |
| 08/02/15 1807 | Assign Physician | ROSSITER, LAUREN A RN | |
| 08/02/15 1808 | Patient transferred | ROSSITER, LAUREN A RN | |
| 08/02/15 1904 | Patient discharged | PENDILHE, DIOGO A. | |

**Follow-up Information**

Follow up with: WALLEN, REGINALD M (M.D.)
Method:
You can request an appointment by calling 1-800-777-7904 (toll free).
Comments: As needed, If symptoms worsen

**Discharge Instructions**

**Your Kaiser Permanente Care Instructions**

**Knee Pain: After Your Visit**

**Your Care Instructions**

Overuse is often the cause of knee pain. Other causes are climbing stairs, kneeling, or other activities that use the knee. Everyday wear and tear, especially as you get older, also can cause knee pain.

Rest, along with home treatment, often relieves pain and allows your knee to heal. If you have a serious knee injury, you may need tests and treatment.

**Follow-up care is a key part of your treatment and safety.** Be sure to make and go to all appointments, and call your doctor if you are having problems. It's also a good idea to know your test results and keep a list of the medicines you take.

**How can you care for yourself at home?**

- Take pain medicines exactly as directed.
  - If the doctor gave you a prescription medicine for pain, take it as prescribed.
  - If you are not taking a prescription pain medicine, ask your doctor if you can take an over-the-counter medicine.
  - Do not take two or more pain medicines at the same time unless the doctor told you to. Many pain medicines contain acetaminophen, which is Tylenol. Too much acetaminophen (Tylenol) can be harmful.
- Rest and protect your knee. Take a break from any activity that may cause pain.
- Put ice or a cold pack on your knee for 10 to 20 minutes at a time. Put a thin cloth between the ice and your skin.
- Prop up a sore knee on a pillow when you ice it or anytime you sit or lie down for the next 3 days. Try to keep it above the level of your heart. This will help reduce swelling.
- If your doctor recommends an elastic bandage, sleeve, or other type of support for your knee, wear it as directed.
- If your knee is not swollen, you can put moist heat, a heating pad, or a warm cloth on your knee.
- After several days of rest, you can begin gentle exercise of your knee.
- Reach and stay at a healthy weight. Extra weight can strain the joints, especially the knees and hips, and make the pain worse. Losing even a few pounds may help.

**When should you call for help?**

**Call 911** anytime you think you may need emergency care. For example, call if:

- You have sudden chest pain and shortness of breath, or you cough up blood.

**Call your doctor now** or seek immediate medical care if:

- You have severe or increasing pain.
- Your leg or foot turns cold or changes color.
- You cannot stand or put weight on your knee.
- Your knee looks twisted or bent out of shape.
- You cannot move your knee.
- You have signs of infection, such as:
  - Increased pain, swelling, warmth, or redness.
  - Red streaks leading from the sore area.
  - Pus draining from a place on your knee.
  - A fever.
- You have signs of a blood clot in your leg, such as:
  - Pain in your calf, back of the knee, thigh, or groin.
  - Redness and swelling in your leg or groin.

Watch closely for changes in your health, and be sure to contact your doctor if:

- Your knee feels numb or tingly.
- You do not get better as expected.
- You have any new symptoms, such as swelling.
- You have bruises from a knee injury that last longer than 2 weeks.

**Where can you learn more?**

Go to http://www.kp.org

Enter **K195** in the search box to learn more about **"Knee Pain: After Your Visit"**.

Last Revised: February 19, 2013

© 2006-2013 Healthwise, Incorporated. Care instructions adapted under license by your healthcare professional. If you have questions about a medical condition or this instruction, always ask your healthcare professional. Healthwise, Incorporated disclaims any warranty or liability for your use of this information.

**Appt Hx**

Past Relevant Encounters and Future Appointments

**Other Encounter Information**

Routing, CC Chart, & Cosign Info, LOS, Charge & Enc Status, Audit trail

**Results for all Tests ordered in this Encounter**

Results for all Tests ordered

**Allergies, Taking Medications, Problems and History as of this Encounter**

Allergies, Taking Medications, Problems and History as of this Encounter

DANIEL,KIM
MRN: 161089238

Page

KAISER PERMANENTE®

Mid-Atlantic Permanente Medical group, P.C.
Kaiser Foundation Health Plan of the Mid-Atlantic States, Inc
Rockville, MD 20852Mid-Atlantic States, Inc.

8/2/2015

**VERIFICATION OF TREATMENT**

Kim Daniel has received medical treatment on 08/02/2015 and will not be able to work today. Thank you for your understanding. Please do not hesitate to call me if you should have any concerns.

**Provider Signature :** ____________________
Dang, Hoang-Anh (D.O.) 08/02/2015 7:00 PM
703-287-6400

============================================================

I certify that I have reviewed, understand and agree with the information above. I authorize the verification of this **VOT** form by my school, my employer, or any person or entity that may be responsible for payment of services provided through Kaiser Permanente MidAtlantic States.

______________________________________________

**Patient Signature** **Date**

KAISER PERMANENTE.

**Results Report** — **XR KNEE AP, LATERAL, TUNNEL AND SUNRISE, LEFT (Order 154239459)**

**Kim Daniel**
**8/2/2015 6:40 PM UC**
**MRN: 161089238**

Encounter #: **202949854**
Center: **TYSONS CORNE**

Description: **45 year old female**
Provider: **INTAKE-UC CDU-TYSONS RN**
Department: **Urg Care Cdu Tysons**

**Result Information**

| Status | Provider Status |
|---|---|
| Final result (8/3/2015 8:11 AM) | Reviewed |

**8/3/2015 8:12 AM - Mas If, In Ris Trans**

**Narrative & Impression**

EXAMINATION: LEFT KNEE - EXAM DATE: 08/02/2015 18:44:00

HISTORY: Patient with injury to the left knee.

FINDINGS: Examination is done in a weightbearing fashion with PA, lateral, sunrise, and tunnel views. There is no acute fracture present. Bony structures are unremarkable. There is no joint effusion seen in the suprapatellar bursa. No obvious soft tissue swelling is noted.

IMPRESSION: Normal examination of the left knee.

VINH C NGUYEN, MD
Radiologist

VCN / eop

DD: 08/02/2015 18:52:33
DT: 08/02/2015 22:36:06

Job ID: 58788589 8735711 5793112

**Lab and Collection**

XR KNEE AP, LATERAL, TUNNEL AND SUNRISE, LEFT on 8/2/2015

**Result History**

XR KNEE AP, LATERAL, TUNNEL AND SUNRISE, LEFT on 8/3/2015

**Lab Information**

Lab
MAS RADIOLOGY INTERFACE

**Lab Collection Information**

Collected: 8/2/2015 6:44 PM

**Result History Information**

XR KNEE AP, LATERAL, TUNNEL AND SUNRISE, LEFT (Order #154239459) on 8/2/15

**Transcription**

| Type | ID | Author |
|---|---|---|
| Diagnostic imaging | IDX5793112 | Nguyen, Vinh C (M.D.) |

Signed by Nguyen, Vinh C (M.D.), MEDICAL DOCTOR on 08/03/15 at 0811

Document Text

EXAMINATION: LEFT KNEE - EXAM DATE: 08/02/2015 18:44:00

HISTORY: Patient with injury to the left knee.

FINDINGS: Examination is done in a weightbearing fashion with PA, lateral, sunrise, and tunnel views. There is no acute fracture present. Bony structures are unremarkable. There is no joint effusion seen in the suprapatellar bursa. No obvious soft tissue swelling is noted.

IMPRESSION: Normal examination of the left knee.

VINH C NGUYEN, MD
Radiologist

VCN / eop

DD: 08/02/2015 18:52:33
DT: 08/02/2015 22:36:06

Job ID: 58788589 8735711 5793112

Display only: Transcription (IDX5793112) by Nguyen, Vinh C (M.D.)
Document history: Transcription (IDX5793112) by Nguyen, Vinh C (M.D.)

There are no scans attached to this encounter.

**Reviewed by List**

Nguyen, Vincent (M.D.) on 8/3/2015 9:30 PM
Nguyen, Vincent (M.D.) on 8/3/2015 9:30 PM

**Order Information**

XR KNEE AP, LATERAL, TUNNEL AND SUNRISE, LEFT (Order #154239459) on 8/2/15




9601 Pulaski Park Drive ♦ Suite 416 ♦ Baltimore, MD 21220 ♦ 410-933-5678 ♦ Fax 410-933-3923

PATIENT: DANIEL, KIM
SS#: ***-**-7861 D/Accident: 08/01/2015
Date of Exam: 08/07/2015 Place of Exam: Camp Springs

**INITIAL EVALUATION**

**CHIEF COMPLAINT:** Left knee pain.

**HISTORY OF PRESENT COMPLAINT:** Ms. Kim Daniel presents to our Camp Springs office today on 08/07/15 with the chief complaints of left knee pain. The patient states that she sustained this injury as a direct result of the slip and fall accident that occurred on 08/01/15. Ms. Daniel was walking in the grocery store and she fell to the floor due to the wet floor. The patient states she went to Kaiser Permanente where she was examined and later released. The patient now presents to office for physical therapy and treatment of the above mentioned regions. On today's examination, the patient notes the following: Left knee pain is described as intermittent, aching and throbbing, prolonged sitting and walking increases the pain. Taking medications help reduce the pain. On a pain scale of 0-10 with 10 being the worst pain ever experienced by the patient and 0 being pain-free, the patient currently rates the left knee pain 8/10.

**PAST MEDICAL HISTORY:** Ms. Kim Daniel has history of the following: High blood pressure, three C-sections 07/3/1991, 07/19/1998 and 12/20/1994.

**FAMILY HISTORY:** Family history is considered non-contributory for any genetically inherited orthopaedic diseases or metabolic dyscrasias.

**SOCIAL HISTORY:** Social history reveals the following: The patient exercises weekly. No history of substance abuse, smoking and drinking.

**REVIEW OF SYSTEMS:** Review of systems has been documented in the intake form and has been reviewed.

**PHYSICAL EXAMINATION:** Ms. Kim Daniel is a very pleasant 45-year-old African-American female, who presents to our office. Vitals Signs: Height is 5 feet 5 inches. Weight is 222 pounds. Blood pressure is 134/102. Pulse is 85 beats per minute and regular. She is alert and oriented in all three spheres. Mood and affect are appropriate. The patient exhibits a good attention to grooming.

Evaluation of the left knee shows tenderness to the anterior area of the knee. Observation revealed no laceration, mild swelling and mild discoloration. Muscle strength was graded 5/5. Dermatome for lower extremity was within normal limits. Orthopaedic examination was positive for drawer test and valgus/varus tests. Range of motion is within normal limits with pain in all directions.

**DIAGNOSIS:** 844.9 sprain/strain knee.

**SHORT-TERM GOALS:** Decrease pain intensity and frequency; improve range of motion, decrease muscular hypertonicity, increase home exercise plan, and decrease reliance on medications.

**LONG-TERM GOALS**: Decrease pain intensity and frequency, improve range of motion, decrease hypertonicity, improve strength and endurance, return to pre-injury condition, and allow patient to return to activities of daily living.

PATIENT: DANIEL, KIM
SS#: ***-**-7861 D/Accident: 08/01/2015
Date of Exam: 08/07/2015 Place of Exam: Camp Springs
Page 2

**PLAN:** In the light of today's initial evaluation, the patient will be seen in our office three times a week for the next four weeks. After this four-week period, the patient will be re-evaluated. The patient will be given home stretching and strengthening exercises. She will begin a conservative course of chiropractic and physical therapy with the intended treatment goals of reducing pain, tenderness and tightness, to improve the range of motion and increase strength in the involved areas.

**CAUSAL CONNECTION:** Unless otherwise noted above, based on review of the patient's medical history and findings on physical examination, it is within a reasonable degree of medical probability that the injuries sustained by this patient are directly and causally related to the accident, which occurred on the above date.

[DICTATED BUT NOT READ TO EXPEDITE REPORT. SIGNED REPORT ON FILE.]

Sung Kim, D.C.

Provider: Kim, Sung
Transcriptionist: bm/ma Enrollment Office: Camp Springs DD: 08/12/2015
Transcription Date: 08/13/2015
Job: 438441.SK
Case: LI080115
Appt Rsn: Chiro-Prim
crm
Acct: 1.93693.0




9601 Pulaski Park Drive ♦ Suite 416 ♦ Baltimore, MD 21220 ♦ 410-933-5678 ♦ Fax 410-933-3923

August 21 2015

Sung Kim, D.C.

PATIENT: DANIEL, KIM
SS#: ***-**-7861
D/Accident: 08/01/2015
Date of Exam: 08/21/2015
Place of Exam: Camp Springs

**ORTHOPAEDIC SURGEON'S INITIAL CONSULTATION**

Dear Dr. Kim:

Thank you for the opportunity to see Ms. Kim Daniel, who is a 45-year-old left-hand dominant special police officer, who had a fall on 08/01/15 after slipping on some milk. She had an acute onset of left knee pain. She was evaluated the next day at Kaiser Patients' Corner Emergency Department. Plain x-rays were obtained of her left knee, report is not available. She was discharged with the knee wrap. She followed up with her primary doctor at Kaiser Largo and was referred for orthopaedic evaluation. She was next seen by Dr. Kim on 08/07/15. Physical therapy and chiropractic treatment were initiated. Orthopaedic evaluation was requested. She presents today with pain rated 9/10 involving her left lateral patellar knee with pain referring to her posterolateral knee and leg. She denies any radiating pain. She may have had some swelling. She has had some buckling. She denies any prior history of injury to her left knee or leg. She is not currently taking medication. She does have pain waking her from sleep. She has continued regular work duties despite her injury. She denies any current headaches, dizziness, hearing, vision changes. fevers, chills, chest pain, or shortness of breath, nausea, vomiting or diarrhea, and bowel or bladder dysfunction.

**PAST MEDICAL HISTORY:** Hypertension.

**PAST SURGICAL HISTORY:** Cesarean section x3.

**MEDICATIONS:** HCTZ.

**ALLERGIES:** No known drug allergies.

**FAMILY HISTORY:** Negative for any contributory genetic abnormality.

**SOCIAL HISTORY:** Negative for tobacco, alcohol or drug abuse.

**REVIEW OF SYSTEMS:** Full review of systems is negative for all systems.

**PHYSICAL EXAMINATION:** She is alert and oriented x3, in no acute distress, appearing her age. She is well dressed, well nourished, and pleasant with normal affect. Normal gait and station.

Examination of left lower extremity demonstrates skin to be intact without erythema, edema or atrophy. No obvious effusion. No pain with log roll. Equivocal straight leg raise sitting and supine. Discomfort with patellar manipulation, grind or apprehension. Range of motion measures from 0-140 of flexion with negative McMurray's. She demonstrates tenderness to palpation about the peripatellar knee laterally more than the medially as well as the lateral and posterolateral knee. There is no varus or valgus instability. Stable Lachman's.

PATIENT: DANIEL, KIM
SS#: ***-**-7861
D/Accident: 08/01/2015
Date of Exam: 08/21/2015
Place of Exam: Camp Springs
Page 2

She is not able to maintain straight leg raise against resistance secondary to discomfort. She demonstrates 4/5 strength left L2-L3 secondary to knee discomfort, 5/5 strength both L4 to S1. She has intact light touch sensation in all dermatomes. 2+ deep tendon reflexes of the lower extremities with intact capillary refill in all digits.

**RADIOGRAPHS**: Three views of the left knee obtained in the office today demonstrate no evidence of fracture or subluxation. There are mild lateral tibial cystic changes as well as mild patellofemoral spurring. No evidence of maltracking. Alignment is within normal limits.

**ASSESSMENT:** Injuries include, but not limited to:

1. Left knee sprain/strain, possible internal derangement.

**PLAN:** It is within a reasonable degree of medical certainty that the above-listed injuries are the direct result of the incident of 08/01/15 with all medical treatment, physical therapy and chiropractic treatments causally related and medically necessary. X-rays findings were discussed with the patient. She will be continued in physical therapy and chiropractic treatment three visits a week for three weeks. She was dispensed a knee sleeve for use. She was written for light duty restrictions. She will be re-evaluated in three weeks to discuss her progress and further recommendations pending response to current treatment. All questions were answered today. Plan of treatment was reviewed.

[DICTATED BUT NOT READ TO EXPEDITE REPORT. SIGNED REPORT ON FILE.]

Matthew W. Menet, M.D.

Provider: Menet, Matthew
Transcriptionist: bm/km Enrollment Office: Camp Springs DD: 08/21/2015
Transcription Date: 08/22/2015
Job: 439986.MWM
Case: LI080115
Appt Rsn: Conslt EST
crm
Acct: 1.93693.0




9601 Pulaski Park Drive ♦ Suite 416 ♦ Baltimore, MD 21220 ♦ 410-933-5678 ♦ Fax 410-933-3923

PATIENT: DANIEL, KIM
SS#: ***-**-7861 D/Accident: 08/01/2015
Date of Exam: 09/10/2015 Place of Exam: Camp Springs

**ORTHOPAEDIC SURGEON'S FOLLOW-UP REPORT**

The patient follows up today with no new complaints. She currently rates her left knee pain as 4/10. She denies any radiating pain, numbness or tingling, swelling or giving way. She has been taking naproxen, which does help. She does not have pain awaking her from sleep. She has been undergoing physical therapy and chiropractic treatment and feels that she is making progress. She has been off work secondary to light duty being not available. She denies any current headaches, dizziness, hearing or vision changes, fevers, chills, chest pain, or shortness of breath, nausea, vomiting diarrhea or bowel or bladder dysfunction.

Her past medical history, past surgical history, medications, allergies, family history, and social history are reviewed and unchanged from the note of 08/21/15.

**REVIEW OF SYSTEMS:** Full review of systems is negative for all systems.

**PHYSICAL EXAMINATION:** She is alert and oriented x3, in no acute distress, appearing her age. She is well dressed, well nourished, and pleasant with normal affect. Normal gait and station.

Examination of the left extremity demonstrates skin to be intact without erythema, edema or atrophy. No obvious effusion. No pain with logroll. Negative straight leg raise testing, sitting or supine. Pain is reproduced with patellar manipulation without grind or apprehension. Range of motion measures from 0-140 degrees of flexion with negative McMurray's. No varus or valgus instability. Stable Lachman's. Negative anterior and posterior Drawer's testing. She is not able to maintain straight leg raising against resistance today secondary to discomfort. 5/5 strength from L2-L3 with intact light touch sensation in all dermatomes. 2+ deep tendon reflexes in the bilateral lower extremities with intact capillary refill in all digits. She is able to toe and heel walk.

**RADIOGRAPHS:** No new x-rays were obtained at this visit.

**ASSESSMENT:** Injuries include, but not limited to:
1. Left knee sprain/strain with possible internal derangement.

**PLAN:** It is within a reasonable degree of medical certainty that the above-listed injuries are a direct result of the incident of 08/01/15 with all medical treatments, physical therapy and chiropractic treatment causally related and medically necessary. Options were discussed today. The patient will transition to home exercise program. She will continue current medication and symptomatic treatment. She will attempt to return to regular work duties next week. She will be reevaluated in four weeks to discuss if any further interventions are required at this time. All questions were answered today. Plan of treatment was reviewed.

[DICTATED BUT NOT READ TO EXPEDITE REPORT. SIGNED REPORT ON FILE.]

Matthew W. Menet, M.D.

Provider: Menet, Matthew
Transcriptionist: bm/tar Enrollment Office: Camp Springs DD: 09/28/2015
Transcription Date: 09/29/2015
Job: 446579.MWM
Case: LI080115
Appt Rsn: FU-MD
Acct: 1.93693.0




9601 Pulaski Park Drive ♦ Suite 416 ♦ Baltimore, MD 21220 ♦ 410-933-5678 ♦ Fax 410-933-3923

PATIENT: DANIEL, KIM
SS#: ***-**-7861 D/Accident: 08/01/2015
Date of Exam: 10/15/2015 Place of Exam: Camp Springs

**ORTHOPAEDIC SURGEON'S DISCHARGE SUMMARY**

The patient follows up today with no new complaints. She currently rates her left knee symptoms as tolerable. She has been performing her home exercises on her own. She has returned to regular work duties and finds them to be acceptable. She is not currently taking medication. She does not have pain waking from sleep. She denies any current left knee swelling or giving way. She denies any radiating numbness or tingling. She denies any current headaches, dizziness, hearing or vision changes, fevers, chills, chest pain, or shortness of breath, nausea, vomiting, diarrhea, bowel or bladder dysfunction.

Her past medical history, medications, allergies, past surgical history, family history, and social history are reviewed and unchanged from note of 08/21/15.

**REVIEW OF SYSTEMS:** Full review of systems is negative for all systems.

**PHYSICAL EXAMINATION:** She is alert and oriented x3, in no acute distress, appearing her age. She is well dressed, well nourished, and pleasant with normal affect. Normal gait and station.

Examination of left lower extremity demonstrates skin to be intact without erythema, edema or atrophy. No obvious effusion. There is minimal tenderness to palpation, mild discomfort with patellar manipulation. Range of motion measure from 0-140 degrees of flexion, negative McMurray's. No varus or valgus instability. Stable Lachman's. Negative anterior and posterior drawer testing. She is able to maintain straight leg raise against resistance. She has 5/5 motor strength bilaterally from L2-S1 with intact light touch sensation in all dermatomes. She demonstrates 2+ deep tendon reflexes of bilateral upper extremities with intact capillary refill in all digits.

**RADIOGRAPHS**: No new x-rays were obtained at this visit.

**ASSESSMENT:** Injuries include, but not limited to left knee sprain/strain with possible internal derangement/contusion.

**PLAN:** It is within a reasonable degree of medical certainty that the above-listed injuries are a direct incident of 08/01/15 with all medical treatments, physical therapy and chiropractic treatments causally related and medically necessary. The patient will continue current home exercise program, low impact exercise regimen, continue symptomatic treatment and medications as necessary. She will return to prior activities as tolerated. She will continue regular work activities. She will be released from our care without further medical treatment as necessary at this time. She is welcome to follow up on an as needed basis for any persistent or worsening problems. All questions were answered today. Plan of treatment was reviewed.

[DICTATED BUT NOT READ TO EXPEDITE REPORT. SIGNED REPORT ON FILE.]

Matthew W. Menet, M.D.

Provider: Menet, Matthew
Transcriptionist: bm/wsm Enrollment Office: Camp Springs DD: 10/15/2015
Transcription Date: 10/16/2015
Job: 449600.MWM
Case: LI080115
Appt Rsn: FU-MD
jb
Acct: 1.93693.0

# Progress Report

Page 1

MULTI-SPECIALTY HEALTH CARE

Date: 08/07/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) C/[illegible] (2.) ____ (3.) ____ (4.) ____
(5.) ____ (6.) ____ (7.) ____ (8.) ____

**MODALITIES**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 2 3 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | 1 2 3 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) 2 3 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 2 3 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 2 3 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (Cold) | (1) 2 3 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 2 3 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 2 3 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 2 3 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min ____ | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | Home Exercise | | | | | Total Min |
| | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** X Kim Daniel

**SUBJECTIVE FINDINGS**

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☐ No change ☐ ____
Overall, the patient ☐ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ ____

pt complain of [illegible] pain.

**OBJECTIVE FINDINGS**

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ____ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ____ mild moderate severe

**Procedures**
____

Loss of Strength in ☐ right ☐ left ____ Procedures ____

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☒ Electrodes ☐ Support Orthosis SP/Ext

**ASSESSMENT & PLAN**

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ____

Work status: ____

Recommendations: [illegible] exe + TX.

☐ Continue / Begin home strengthening flexibility ____

**Signature:** [signature] D.O.P.T **Date:** 8/7/15.

MULTI-SPECIALTY HEALTH CARE

# Progress Report

Page 2

Date: 08/10/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) knee (2.) ______ (3.) ______ (4.) ______
(5.) ______ (6.) ______ (7.) ______ (8.) ______

MODALITIES

| Modality | | | | | Modality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (Cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min ______ | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**

I acknowledge that treatment procedures have been explained and received. **Signature:** [signature] Kim Daniel

SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☒ No change ☐
Overall, the patient ☐ Feels better ☐ Feels about the same ☐ Feels worse ☒ Too soon to tell
☐ ______

Pt stated "Pain achy today" @ knee - 6

OBJECTIVE FINDINGS

| Restriction of Range of Motion | | Palpable Myospasm, Hypertonicity, Tightness/Stiffness | | Procedures |
|---|---|---|---|---|
| ☐ Cervical | mild moderate severe | ☐ Cervical paraspinal muscles | mild moderate severe | |
| ☐ Thoracic | mild moderate severe | ☐ Dorsal paraspinal muscles | mild moderate severe | |
| ☐ Lumbar | mild moderate severe | ☐ Lumbar paraspinal muscles | mild moderate severe | |
| ☐ Other ______ | mild moderate severe | ☐ ______ | mild moderate severe | |

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☒ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ______

Work status: ______

Recommendations: ______

☐ Continue / Begin home strengthening flexibility ______

**Signature:** [signature] (D.C/PT) **Date:** 8/10/15

# Progress Report

Page 3

MULTI-SPECIALTY HEALTH CARE

Date: 08/12/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) Ⓛ knee (2.) (3.) (4.)
(5.) (6.) (7.) (8.)

## MODALITIES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation 8/12/15 [signature] | (1) | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** [signature] Kim L Daniel

## SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☒ No change ☐
Overall, the patient ☐ Feels better ☐ Feels about the same ☐ Feels worse ☒ Too soon to tell
☐ [initials] 8/12/15

Pt stated " I feel same today " Ⓛ knee - 6/7

## OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other _______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ _______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left _______ Procedures _______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

## ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. _______

Work status: _______

Recommendations: _______

☐ Continue / Begin home strengthening flexibility _______

**Signature:** [signature] D.C/P.T **Date:** 8/12/15

# Progress Report

Page 4

MULTI-SPECIALTY HEALTH CARE

Date: 08/14/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) Knee (2.) ____ (3.) ____ (4.) ____
(5.) (6.) (7.) (8.)

MODALITIES

| Modality | | | | | Modality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | (1) | 2 | 3 | 4 | Total Min 8 |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (Cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**

I acknowledge that treatment procedures have been explained and received. **Signature:** X Kim D[illegible]

SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☒ No change ☐ ____
Overall, the patient ☐ Feels better ☐ Feels about the same ☐ Feels worse ☒ Too soon to tell
☐ ____

Pt stated "I'm stiff" (L) knee - 6.

OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ____ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ____ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ____ Procedures ____

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ____

Work status: ____

Recommendations: ____

☐ Continue / Begin home strengthening flexibility ____

**Signature:** [signature] (D.C)/PT **Date:** 8/14/15

# Progress Report

Page 5

Date: 08/17/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) Knee (2.) ______ (3.) ______ (4.) ______
(5.) ______ (6.) ______ (7.) ______ (8.) ______

## MODALITIES

| Modality | | | | | Modality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | (1) | 2 | 3 | 4 | 8 |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device COLD | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** K Kim Dan

## SUBJECTIVE FINDINGS

After the last treatment, the patient reports: [X] Felt worse [ ] Felt better [ ] No change [ ] ______
Overall, the patient [X] Feels better [ ] Feels about the same [ ] Feels worse [ ] Too soon to tell
[ ] ______

Pt stated "Knee's ok" (L) Knee - 8.

## OBJECTIVE FINDINGS

**Restriction of Range of Motion**
[ ] Cervical mild moderate severe
[ ] Thoracic mild moderate severe
[ ] Lumbar mild moderate severe
[ ] Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
[ ] Cervical paraspinal muscles mild moderate severe
[ ] Dorsal paraspinal muscles mild moderate severe
[ ] Lumbar paraspinal muscles mild moderate severe
[ ] ______ mild moderate severe

**Procedures**
______

Loss of Strength in [ ] right [ ] left ______ Procedures ______

Dispensed [ ] Hot/Cold Pack Cervical [ ] Hot/Cold Pack Lumbar [ ] Theraband [ ] Electrodes [ ] Support Orthosis SP/Ext

## ASSESSMENT & PLAN

Assessment: [ ] Good [ ] Moderate [ ] Erratic [ ] Slow [ ] Poor
Plan: [ ] Patient should continue care and / or another option on his / her condition should be obtained.
[ ] Patient discharged from care. [ ] Tx schedule. ______

Work status: ______

Recommendations: ______

[ ] Continue / Begin home strengthening flexibility ______

**Signature:** [signature] (D.C/P.T) **Date:** 8/17/15

# Progress Report

Page 6

MULTI-SPECIALTY HEALTH CARE

Date: 08/20/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) L Knee (2.) ____ (3.) ____ (4.) ____
(5.) ____ (6.) ____ (7.) ____ (8.) ____

MODALITIES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | (1) | 2 | 3 | 4 | Total Min 8 |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device Cold | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☒ Felt better ☐ No change ☐ ____
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ ____

Pt stated "I was working more yesterday so I have more pain today" L/knee - 8.

OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ____ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ____ mild moderate severe

**Procedures**
____

Loss of Strength in ☐ right ☐ left ____ Procedures ____

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ____

Work status: ____

Recommendations: ____

☐ Continue / Begin home strengthening flexibility ____

**Signature:** [signature] DCPT **Date:** 8/20/15

# Progress Report

Page 7

MULTI-SPECIALTY HEALTH CARE

Date: 08/24/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) knee (2.) ______ (3.) ______ (4.) ______
(5.) ______ (6.) ______ (7.) ______ (8.) ______

**MODALITIES**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | (1) | 2 | 3 | 4 | 8 |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (Cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min ______ | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

**SUBJECTIVE FINDINGS**

After the last treatment, the patient reports: ☐ Felt worse ☒ Felt better ☐ No change ☐ ______
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ ______

Pt states " Yesterday my knee popped " (L) knee - ?

**OBJECTIVE FINDINGS**

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

**ASSESSMENT & PLAN**

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☒ Tx schedule. Meret 9/10 3x30

Work status: ______

Recommendations: ______

☐ Continue / Begin home strengthening flexibility ______

**Signature:** [signature] D.C/P.T **Date:** 8/24/15

# Progress Report

Page 8

MULTI-SPECIALTY HEALTH CARE

Date: 08/26/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) knee (2.) (3.) (4.)
(5.) (6.) (7.) (8.)

MODALITIES

| Modality | | | | | Procedure | | | | | Total Min |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) 8 | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min 8 |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | (1) | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**

I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☒ Felt better ☐ No change ☐
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐
"(L) knee - 8" "hydrneis only"

OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left Procedures

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☒ Tx schedule. Meret 9/10 3x3(?)

Work status:

Recommendations:

☐ Continue / Begin home strengthening flexibility

**Signature:** [signature] (D.C/P.T) **Date:** 8/26/15

# Progress Report

Page 9

MULTI-SPECIALTY HEALTH CARE

Date: 08/28/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) knee (2.) ____ (3.) ____ (4.) ____
(5.) (6.) (7.) (8.)

**MODALITIES**

| Modality | | | | | Modality | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | (1) | 2 | 3 | 4 | 8 |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (cold) | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**

I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

**SUBJECTIVE FINDINGS**

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☒ No change ☐ ____
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ ____

Pt stated "My knee is pounding" [illegible]

**OBJECTIVE FINDINGS**

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ____ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ____ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ____ Procedures ____

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

**ASSESSMENT & PLAN**

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☒ Tx schedule. Menot 9/10 3X3 (3)

Work status: ____

Recommendations: ____

☐ Continue / Begin home strengthening flexibility ____

**Signature:** [signature] D.C./P.T. **Date:** 8/28/15

# Progress Report

Page 10

MULTI-SPECIALTY HEALTH CARE

Date: 08/31/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) (L) Knee (2.) (3.) (4.)
(5.) (6.) (7.) (8.)

**MODALITIES**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | (1) | 2 | 3 | 4 | 8 |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device Cold | (1) | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** Kim Daniel

**SUBJECTIVE FINDINGS**

After the last treatment the patient reports: ☐ Felt worse ☒ Felt better ☐ No change ☐
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ Pt stated "I feel less knee pain this weekend"
(L) knee - 8.

**OBJECTIVE FINDINGS**

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

**ASSESSMENT & PLAN**

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ______

Work status: ______

Recommendations: ______

☐ Continue / Begin home strengthening flexibility ______

**Signature:** [signature] DC/PT **Date:** 8/31/15

# Progress Report

Page 11

MULTI-SPECIALTY HEALTH CARE

Date: 09/02/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) [handwritten] (2.) ______ (3.) ______ (4.) ______
(5.) (6.) (7.) (8.)

MODALITIES

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | 1 | 2 | 3 | 4 | Total Min |
| Ice | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | 1 | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | 8 |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device (Heat) | 1 | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | 1 | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☑ Felt better ☐ No change ☐
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐

Pt continues to complain of [handwritten] pain

OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☒ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ______

Work status: ______

Recommendations: Re-eval Tx

☐ Continue / Begin home strengthening flexibility ______

**Signature:** [signature] D.C./P.T **Date:** 9/2/15

# Physical Evaluation

Date: 09/02/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A: 08/01/2015
Acct. No. 1.93693.0

MULTI-SPECIALTY HEALTH CARE

Diagnosis (1.) (2.) (3.) (4.)
(5.) (6.) (7.) (8.)

☐ Initial Evaluation ☒ Re-evaluation

Doctor ______ Next RVMD ______ Frequency ______ x ______ Wk(s)

Patient was injured ☐ Auto Accident ☐ Work Related Accident ☒ Other

**VITALS**

BP TEMP PULSE HT WT

**SUBJECTIVE**

1) Patient's chief complaints/comments (subjective)

| | | | | |
|---|---|---|---|---|
| Pain | Soreness | Stiffness | Nausea | Other : |
| Weakness | Tingling | Numbness | Tinitis | |
| Swelling | Headaches | | Vertigo | |

2) Past Medical History

On a scale from one (1) to ten (10); one (1) considered Pain Free and ten (10) Severe Pain, at onset of treatment the patient rates his/her discomfort level to be at: (1) 8 (2) (3) (4)

**OBJECTIVE**

| | Diagnosis 1 | Diagnosis 2 | Diagnosis 3 | Diagnosis 4 |
|---|---|---|---|---|
| Tenderness to Palpation | | | | |
| Muscle Tightness/Spasm | 5/5 WNL | | | |
| Radicular Findings | ROM : WNL | | | |
| Muscle Strength | | | | |
| Other | Valgus/Varus (+) Drawer (-) | | | |
| ROM | | | | |

**TREATMENT GOALS**

Short Term: Reduce Tenderness/Spasm; Reduce Tightness; Reduce Swelling; Reduce Headaches; Improve ROM; Strengthening; Reduce Pain

Long Term: Restore ROM/Strength/Endurance to Pre-Injury Condition; Other:; Restore Biomechanical Structural Integrity; Perform Normal Activities of Daily Living w/o Compromise; Return to Full Work Duty w/o Restriction or Limitation

**COMMENTS**

Signature: ______ D.C/P.T Date: 9/2/15

# Progress Report

Page 12

MULTI-SPECIALTY HEALTH CARE

Date: 09/04/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) L Knee (2.) ______ (3.) ______ (4.) ______
(5.) (6.) (7.) (8.)

**MODALITIES**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | (1) | 2 | 3 | 4 | Total Min 5 |
| Ice | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device | 1 | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. Signature: [signature]

**SUBJECTIVE FINDINGS**

After the last treatment, the patient reports: ☐ Felt worse ☐ Felt better ☐ No change ☐ ______
Overall, the patient ☐ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐ ______
Pt stated "I'm just stiff" Better-?

**OBJECTIVE FINDINGS**

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

**ASSESSMENT & PLAN**

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
Plan: ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule. ______

Work status: ______

Recommendations: ______

☐ Continue / Begin home strengthening flexibility ______

**Signature:** [signature] DPT **Date:** 9/4/15

# Progress Report

Page 13

MULTI-SPECIALTY HEALTH CARE

Date: 09/08/2015
Location: Camp Springs : CSO
Name: KIM DANIEL
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15
Acct. No. 1.93693.0
Referring Dr.

Area (1.) L Knee (2.) (3.) (4.)
(5.) (6.) (7.) (8.)

## MODALITIES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Moist Heat | (1) | 2 | 3 | 4 | **Therapeutic Exercises/Strengthening | (1) | 2 | 3 | 4 | Total Min 8 |
| Ice | 1 | 2 | 3 | 4 | **Therapeutic Exercises/Active Stretching | 1 | 2 | 3 | 4 | Total Min |
| ***Electrical Stimulation | (1) | 2 | 3 | 4 | Group Exercises | 1 | 2 | 3 | 4 | |
| Electrical Stim/Ultrasound Combo | 1 | 2 | 3 | 4 | Kinetic Activity | 1 | 2 | 3 | 4 | Total Min |
| Iontophoresis | 1 | 2 | 3 | 4 | Myofascial Release/Joint Mobilization/Passive Stretch | 1 | 2 | 3 | 4 | Total Min |
| Vasopneumatic Device | 1 | 2 | 3 | 4 | Massage Manual/Mechanical | 1 | 2 | 3 | 4 | Total Min |
| Paraffin Bath | 1 | 2 | 3 | 4 | Neuromuscular Re-education (specify) | 1 | 2 | 3 | 4 | Total Min |
| Whirlpool | 1 | 2 | 3 | 4 | Manual Traction | 1 | 2 | 3 | 4 | Total Min |
| Ultrasound/Phonophoresis | 1 | 2 | 3 | 4 | *Spinal Manipulation | 1 | 2 | 3 | 4 | |
| Total Min | | | | | Extra Spinal Manipulation | (1) | 2 | 3 | 4 | |
| | | | | | Home Exercise | | | | | Total Min |
| | | | | | Mechanical Traction/Axial Intersegmental Traction | 1 | 2 | 3 | 4 | Total Min |

***Spinal Manipulation may include an instrument technique such as an Activator or other low/non-force technique.**
****For purposes of following correct billing procedures, active stretching is considered Exercise.**
*****Unless otherwise noted the modality of electrical stimulation is performed, per the AMA guidelines for timed codes, for a minimum of 15 minutes.**
I acknowledge that treatment procedures have been explained and received. **Signature:** [signature]

## SUBJECTIVE FINDINGS

After the last treatment, the patient reports: ☐ Felt worse ☒ Felt better ☐ No change ☐
Overall, the patient ☒ Feels better ☐ Feels about the same ☐ Feels worse ☐ Too soon to tell
☐

"Pt stated " that less pain this weekend"
Dunes - 5

## OBJECTIVE FINDINGS

**Restriction of Range of Motion**
☐ Cervical mild moderate severe
☐ Thoracic mild moderate severe
☐ Lumbar mild moderate severe
☐ Other ______ mild moderate severe

**Palpable Myospasm, Hypertonicity, Tightness/Stiffness**
☐ Cervical paraspinal muscles mild moderate severe
☐ Dorsal paraspinal muscles mild moderate severe
☐ Lumbar paraspinal muscles mild moderate severe
☐ ______ mild moderate severe

**Procedures**

Loss of Strength in ☐ right ☐ left ______ Procedures ______

Dispensed ☐ Hot/Cold Pack Cervical ☐ Hot/Cold Pack Lumbar ☐ Theraband ☐ Electrodes ☐ Support Orthosis SP/Ext

## ASSESSMENT & PLAN

Assessment: ☐ Good ☐ Moderate ☐ Erratic ☐ Slow ☐ Poor
**Plan:** ☐ Patient should continue care and / or another option on his / her condition should be obtained.
☐ Patient discharged from care. ☐ Tx schedule.

Work status:

Recommendations:

☐ Continue / Begin home strengthening flexibility

**Signature:** [signature] D.C/PT **Date:** 9/8/15



**Multi-Specialty HealthCare**
**PO Box 24902**
**Middle River, MD 21220** Tax ID: 52-2104653

**Patient**

DANIEL L KIM
2228 Alice Ave.
OXON HILL, MD 20745

Account: 93693
Print Date: 02/11/2016
Billing Period From:**/**/****
Billing Period To: 02/03/2016

**Attorney**

Boscolo, Benjamin T
7852 Walker Drive
Suite 300
GREENBELT, MD 20770

Case: DC080115
DOA: Aug 01, 2015
Ins Co: Attorney
Policy #:

**Diagnosis A:** S80.02XA **B:** S83.422A **C:** S86.912A

| Service Dt | Trans Dt | Office | Provider | Service | Charge/Credit |
|---|---|---|---|---|---|
| **Medical** | | | | | |
| 08/07/2015 | 08/07/2015 | Camp Springs | Kim | 99202: 25, EVALUATION AND MANAGEMENT NEW 2 | $211.00 |
| 08/21/2015 | 08/21/2015 | Camp Springs | Menet | 99243: CONSULT NEW/EST | $293.00 |
| 08/21/2015 | 08/21/2015 | Camp Springs | Menet | 73562: lt, X-RAY KNEE THREE VIEWS | $142.00 |
| 08/21/2015 | 08/21/2015 | Camp Springs | Menet | a4466: ELASTIC SUPPORT/SLEEVE | $30.00 |
| 09/10/2015 | 09/10/2015 | Camp Springs | Menet | 99213: EVALUATION AND MANAGEMNT EST PT 15M | $157.00 |
| 10/15/2015 | 10/15/2015 | Camp Springs | Menet | 99213: EVALUATION AND MANAGEMNT EST PT 15M | $157.00 |
| 10/15/2015 | 10/15/2015 | Camp Springs | Menet | prn: prn DISCHARGE RETURN AS NEEDED | $0.00 |
| | | | | Charges | $990.00 |
| | | | | Payments | $0.00 |
| | | | | Adjustments | $0.00 |
| | | | | Total Medical balance through 02/03/2016 | $990.00 |
| **PT/Chiro** | | | | | |
| 08/07/2015 | 08/07/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/07/2015 | 08/07/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/07/2015 | 08/07/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/07/2015 | 08/07/2015 | Camp Springs | Kim | epads: epads-Electrodes for Electrical Sti | $23.00 |
| 08/10/2015 | 08/10/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/10/2015 | 08/10/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/10/2015 | 08/10/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/10/2015 | 08/10/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/10/2015 | 08/10/2015 | Camp Springs | Kim | A9273: HOT/COLD PACKS-DISPENSED | $37.00 |

**Patient:** 93693 DANIEL L KIM **Case:** DC080115

| Service Dt | Trans Dt | Office | Provider | Service | Charge/Credit |
|---|---|---|---|---|---|
| 08/12/2015 | 08/12/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/12/2015 | 08/12/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/12/2015 | 08/12/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/12/2015 | 08/12/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/14/2015 | 08/14/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/14/2015 | 08/14/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/14/2015 | 08/14/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/14/2015 | 08/14/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/14/2015 | 08/14/2015 | Camp Springs | Kim | 97110: THERAPEUTIC PROCEDURE-STRENGTH ENDU | $76.00 |
| 08/17/2015 | 08/17/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/17/2015 | 08/17/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/17/2015 | 08/17/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/17/2015 | 08/17/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/17/2015 | 08/17/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 08/20/2015 | 08/20/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/20/2015 | 08/20/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/20/2015 | 08/20/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/20/2015 | 08/20/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/20/2015 | 08/20/2015 | Camp Springs | Kim | 97110: THERAPEUTIC PROCEDURE-STRENGTH ENDU | $76.00 |
| 08/24/2015 | 08/24/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/24/2015 | 08/24/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/24/2015 | 08/24/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 08/24/2015 | 08/24/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/24/2015 | 08/24/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/26/2015 | 08/26/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/26/2015 | 08/26/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/26/2015 | 08/26/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/26/2015 | 08/26/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 08/26/2015 | 08/26/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/28/2015 | 08/28/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/28/2015 | 08/28/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/28/2015 | 08/28/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/28/2015 | 08/28/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/28/2015 | 08/28/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 08/31/2015 | 08/31/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 08/31/2015 | 08/31/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 08/31/2015 | 08/31/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 08/31/2015 | 08/31/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 08/31/2015 | 08/31/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 97002: PHYSICAL THERAPY RE-EVALUATION | $108.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 98940: CHIROPRACTIC MANIPULATION TREATMENT | $60.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 97016: VASOPNEUMATIC DEVICES | $55.00 |
| 09/02/2015 | 09/02/2015 | Camp Springs | Kim | 97150: THERAPEUTIC PROCEDURE GROUP (2 OR M | $70.00 |
| 09/04/2015 | 09/04/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |

**Patient:** 93693 DANIEL L KIM **Case:** DC080115

| Service Dt | Trans Dt | Office | Provider | Service | Charge/Credit |
|---|---|---|---|---|---|
| 09/04/2015 | 09/04/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 09/04/2015 | 09/04/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 09/04/2015 | 09/04/2015 | Camp Springs | Kim | 97110: THERAPEUTIC PROCEDURE-STRENGTH ENDU | $76.00 |
| 09/08/2015 | 09/08/2015 | Camp Springs | Kim | 98943: CHIROPRACTIC MANIPULATIVE TREATMENT | $60.00 |
| 09/08/2015 | 09/08/2015 | Camp Springs | Kim | 97010: APPLICATION OF MODALITY HOT/COLD PA | $38.00 |
| 09/08/2015 | 09/08/2015 | Camp Springs | Kim | 97014: ELECTRICAL STIMULATION UNATTENDED | $49.00 |
| 09/08/2015 | 09/08/2015 | Camp Springs | Kim | 97110: THERAPEUTIC PROCEDURE-STRENGTH ENDU | $76.00 |

| | |
|---|---|
| Charges | $3,370.00 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| Total PT/Chiro balance through 02/03/2016 | $3,370.00 |

**SUMMARY**

| | |
|---|---|
| Charges | $4,360.00 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| **Total balance through 02/03/2016** | $4,360.00 |



P.O. Box 24902
Middle River, MD 21220

Tax ID: 52-2104653

Billing Inquiries: (410) 933-5678

SC18112

## Patient

KIM L DANIEL
2228 Alice Ave.
Apt 3
OXON HILL, MD 20745

Account: 93693.0
Print Date: 9/11/2015
Billing Period From: **/**/****
Billing Period To: 8/26/2015

## Attorney

Boscolo, Benjamin T
7852 Walker Drive
Suite 300
GREENBELT, MD 20770

Case: LI080115
Ins Co: Attorney
Policy #:

**Diagnosis** 844.90 **2:** **3:** **4:** **5:** **6:** **7:** **8:**

| Service Dt | Trans Dt | Office | Provider | Service | Charge/Credit |
|---|---|---|---|---|---|
| **Pharmacy** | | | | | |
| 8/21/2015 | 8/21/2015 | Camp Springs | Menet | 99070:Naproxen 500mg #60 | $91.50 |

| | |
|---|---|
| Charges | $91.50 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| Total Pharmacy balance through 8/26/2015 | $91.50 |

**SUMMARY**

| | |
|---|---|
| Charges | $91.50 |
| Payments | $0.00 |
| Adjustments | $0.00 |
| **Total balance through 8/26/2015** | $91.50 |



AMM v7.0.5620.14602

# Prescription Request



Date: 08/21/2015
Ordering Office: Camp Springs: CSO
Patient's Name: KIM DANIEL
DOB: 03/09/1970
D/A or D/D: 08/01/2015
Acct#: 1.93693.0
Ordering Physician: Matthew Menet
Case Description: LI 08/01/15
Dx: 844.9



| CODE | BRAND NAME | QTY | SIG | RX LABEL |
|---|---|---|---|---|
| am1030 | Amitriptyline 10mg #30 | | | |
| am2530 | **Amitriptyline 25mg #30** | | | |
| c35030 | Carisoprodol 350mg #30 | | | |
| c35060 | **Carisoprodol 350mg #60** | | | |
| c50040 | Cephalexin 500mg #40 | | | |
| cy1030 | **Cyclobenzaprine 10mg #30** | | | |
| cy1060 | Cyclobenzaprine 10mg #60 | | | |
| cy1090 | **Cyclobenzaprine 10mg #90** | | | |
| cy530 | Cyclobenzaprine 5mg #30 | | | |
| cy590 | **Cyclobenzaprine 5mg #90** | | | |
| dl120 | Dendracin Lotion #120ml 4OZ | | | |
| di7530 | **Diclofenac 75mg #30** | | | |
| di7560 | Diclofenac 75mg #60 | | | |
| g30030 | **Gabapentin 300mg #30** | | | |
| g30060 | Gabapentin 300mg #60 | | | |
| mx7530 | Meloxicam 7.5mg #30 | | | |
| mx7560 | **Meloxicam 7.5mg #60** | | | |
| m75030 | Methocarbamol 750mg #30 | | | |
| m75060 | **Methocarbamol 750mg #60** | | | |
| mp421 | Methylprednisolone 4mg #21 | | | |
| n75030 | **Nabumetone 750mg #30** | | | Rx:100501 8/21/2015No Refills<br>Take 1 tablet 2 times a day as needed for pain<br>MENET, MATTHEW MD<br>KIM DANIEL DOB:3/9/1970<br>NDC:33261-0081-60 Lot:45360 8/21/2016<br>Manu NDC:31722-0342-05<br>NAPROXEN 60 x 500MG TAB |
| n75060 | Nabumetone 750mg #60 | | NAPROXEN, USP 500mg<br>LOT:45360 3 EX: 2016/10<br>NDC: 33261-0081-60 60<br>RX 1001469136 | |
| n37530 | **Naproxen 375mg #30** | | | |
| n50090 | Naproxen 500mg #90 | | | |
| n50030 | **Naproxen 500mg #30** | | | |
| n50060 (circled) | Naproxen 500mg #60 | | 1 po bid prn pain | |
| o2030 | **Omeprazole 20mg #30** | | | |
| r15030 | Ranitidine 150mg #30 | | | |
| r15060 | **Ranitidine 150mg #60** | | | |
| s5030 | Sertraline 50mg #30 | | | |
| tr5030 | **Tramadol 50mg #30** | | | |
| tr5060 | Tramadol 50mg #60 | | | |
| tr5090 | **Tramadol 50mg #90** | | | |
| | **SAMPLES** | | | |
| NC | **Cyclobenzaprine 10mg #9** | | | |
| NC | **Naproxen 500mg #6** | | | |

**Prescribing Provider's Signature:** [signature] **Dispensing Physician:** [signature] **Date Dispensed:** 8/21/15

I confirm that I have received medication dispensed by the Practitioner, and I declare that a pharmacy is not conveniently available to me, and the determination that a pharmacy is not conveniently available is made solely by me. I am aware of the side effects, warnings & the instructions for my medication.

**Patient Signature:** [signature] **Date Received/Billed:** 8/21/15 **Parent/Guardian Signature:** ______________

MULTI-SPECIALTY HEALTH CARE

# DISABILITY FORM

Corporate Office
9601 Pulaski Park Dr. Suite 416
Middle River, MD 21220

Date: 09/10/2015

Treating Office: Camp Springs
Office Code: CSO
Acct#: 1.93693.0
Patient's Name: KIM DANIEL
Case: LI080115
DOB: 03/09/1970
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15

This is to certify that KIM DANIEL

☒ Is
☐ Was
disabled and therefore unable to perform his/her work duties from 9/10/15 to 9/12/15.

Status:
☒ Will be re-evaluated in our offices on 10/8/15.
Further disability, if any, will be determined at that time.
☐ Is receiving Physical Therapy times per week, for the next weeks.
☐ Can resume limited work duties on with the following restrictions:
☐ No lifting over pounds
☐ No bending reaching, lifting or prolonged standing
☐ Other ___
☒ **Can resume usual work duties on 9/13/15.**

Return in ___ Days _4_ Weeks ___ Months

Next Appointment Date:

Time: ___

Referring Physician: Mattew Menet M.D.
Date: 9/10/2015

Precautions or Additional Instructions: ______________________________

______________________________

**Patient Notice:** If you are unable to return to work on the day specified, it is **your responsibility to notify this office immediately and to come in and be re-evaluated. DISABILITY WILL NOT BE EXTENDED BEYOND THE DATE LISTED ABOVE PENDING RE-EVALUATION.**

Form: Disability
\\filesrv\hdir\lharris\AMMAppData\Forms\Disability_FormTemp091015122613.doc

MULTI-SPECIALTY HEALTH CARE

# DISABILITY FORM

Corporate Office
9601 Pulaski Park Dr. Suite 416
Middle River, MD 21220

Date: 08/21/2015

Treating Office: Camp Springs
Office Code: CSO
Acct#: 1.93693.0
Patient's Name: KIM DANIEL
Case: LI080115
DOB: 03/09/1970
D/A or D/D: 08/01/2015
Case Description: LI 08/01/15

This is to certify that KIM DANIEL

☐ Is
☐ Was
disabled and therefore unable to perform his/her work duties from to

Status:

☒ Will be re-evaluated in our offices on 9/10/15.
Further disability, if any, will be determined at that time.
☒ Is receiving Physical Therapy 3 times per week, for the next 3 weeks.
☒ Can resume limited work duties on 8/21/15 to 9/10/15 with the following restrictions:
☒ No prolonged crouching.

☐ Can resume usual work duties on .

Return in ___ Days _3_ Weeks ___ Months

Next Appointment Date:

Time: ___

Referring Physician: Matthew Menet M.D.
Date: 8/21/2015

Precautions or Additional Instructions: ______________________________

______________________________

**Patient Notice:** If you are unable to return to work on the day specified, it is **your responsibility to notify this office immediately and to come in and be re-evaluated. DISABILITY WILL NOT BE EXTENDED BEYOND THE DATE LISTED ABOVE PENDING RE-EVALUATION.**

Form: Disability
\\filesrv\hdir\lharris\AMMAppData\Forms\Disability_FormTemp082115113239.doc

WAGE STATEMENT RELEASE AND EMPLOYMENT VERIFICATION

Please be advised that I have retained the LAW OFFICES CHASENBOSCOLO Injury Lawyers, 7852 Walker Drive, Suite 300, Greenbelt, Maryland 20770 to represent me in my claim. Kindly furnish my attorneys the following information:

Employee's Name : KIM L DANIEL
Social Security No.: 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

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NAME OF EMPLOYER: District of Columbia Housing Authority

ADDRESS : 1133 North Capitol St, N.E. Washington, D.C. 20002

DATE EMPLOYED : 10/25/1999

TIME LOST FROM WORK : (SEE ATTACHED)

WAGE EARNINGS PER HOUR: $24.34 WEEK: ______ BIWEEKLY: ______

AVERAGE HOURS PER WEEK: 40

BONUS, COMMISSIONS OR OVERTIME LOST, IF ANY : 0

JOB TITLE/DESCRIPTION : Special Police Officer

IF EMPLOYEE WAS TERMINATED, LIST REASON(S) WHY: N/A

COMMENTS:

EMPLOYER'S USE ONLY:

SIGNED BY : Lt Julia A. Myers [signature]
PRINT NAME: JULIA A. MYERS
OFFICIAL TITLE: Administrative Lieutenant
PHONE NUMBER : 202-535-2575
DATE : November 6, 2015

12/03/2015 12:43 STAPLES 0584 PAGE 02

BELOW IS THE ITEMIZATION OF THE DATES AND HOURS LOST BY SPO Kim Daniel FROM HIS/HER EMPLOYMENT AS A RESULT OF THE INJURIES SUSTAINED IN THE ACCIDENT REFERRED TO ON THE FOREGOING FORM.

| DATES | HOURS LOST | DATES | HOURS LOST |
|---|---|---|---|
| 8-2-15 | 8 | 9-02-15 | 8 |
| 8-9-15 | 8 | 9-03-15 | 8 |
| 8-13-15 | 8 | 9-06-15 | 8 |
| 8-24-15 | 8 | 9-08-15 | 8 |
| 8-25-15 | 8 | 9-09-15 | 8 |
| 8-26-15 | 8 | 9-10-15 | 8 |
| 8-27-15 | 8 | | |
| 8-30-15 | 8 | | |
| 8-31-15 | 8 | | |
| 9-01-15 | 8 | | |

COMMENTS: Ms. Daniel lost a total of Sixteen (16) days off work

EMPLOYER'S USE ONLY:

SIGNED BY: Lt. Julia A. Myers
PRINT NAME: Julia A. Myers
OFFICIAL TITLE: Administrative Lieutenant
PHONE NUMBER: 202-535-2575
DATE: November 6, 2015

**DRS. MININBERG AND FECHTER P.A.**
10301 GEORGIA AVE.
STE 105A
SILVERSPRING MD 20902

**Itemized Statement**

Tax ID : 52-1970345
Phone # : (301)681-7100

Date : 01/30/2017 Page : 1

SHAKETA DENSON,ESQ
7852 WALKER DRIVE
SUITE 330
GREENBELT, MD 20770

Patient : KIM DANIEL
Account # : 85326-1

| Date | Code | Description | Provider | Diagnosis | Location | Qty | Amount | Insurance Balance | Patient Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/04/16 | 99456 | WORK/MEDICAL RELATED DISABIL | 4T | M25.562 | 2 | 1 | 800.00 | | 800.00 |
| 11/04/16 | 73565 | XRAY KNEE BOTH/STANDING | 4 | M25.562 | 2 | 1 | 200.00 | | 200.00 |
| 11/04/16 | 73560 | XRAY KNEE 1, 2 VIEWS | 4 | M25.562 | 2 | 1 | 145.00 | | 145.00 |
| | | Total Amount from 01/30/2015 through 01/30/2017 : | | | | | $1,145.00 | $0.00 | $1,145.00 |

Providers : FECHTER, JOEL MD

* information only (Deductible & Denied)

**DRS. MININBERG & FECHTER, P.A.**

Harvey N. Mininberg, M.D., A.A.O.S.
Joel D. Fechter, M.D., A.A.O.S.

Practice Limited to Orthopaedic Surgery
Arthroscopic Surgery & Sports Medicine

Doctors Medical Park West
Suite 105A
10301 Georgia Avenue
Silver Spring, Maryland 20902
-------------
Office (301) 681-7100
Billing (301) 681-0880
Physical Therapy (301) 681-6884
Fax (301) 681-6146

Bowie Office Park
Suite 104
14300 Gallant Fox Lane
Bowie, Maryland 20715
-------------
Office (301) 262-6262



ORTHOPEDIC REPORT

PATIENT NAME: KIM DANIEL
PATIENT ID: 85326-1
DATE OF VISIT: 11-4-16
X-RAY B-44
D.O.I. 8-1-15

CHIEF COMPLAINT: Left knee

HISTORY OF PRESENT ILLNESS:
The patient is a 46 year old left hand dominant woman who on 8-1-15 sustained injury when she twisted her left knee when she slipped on some milk while pushing a cart at Save A Lot. The patient was seen and treated at Kaiser Permanente the following day and radiographs were felt to be normal. The patient was subsequently seen and treated a Multi-Specialty Health Care where she was seen on 8-7-15 by a chiropractor, Dr. Kim. Dr. Kim noted complaints of left knee pain which was intermittent, aching and throbbing. On examination there was tenderness and mild swelling and discoloration. There was normal range of motion with pain in all directions. Orthopedic examination was felt to be positive for drawer test and varus valgus tests. The patient was felt to have a sprain/strain to the knee and conservative treatment was recommended.

The patient was subsequently seen and evaluated by an orthopedic surgeon, Dr. Menet, who saw the patient on 8-21-15. Dr. Menet noted on examination no effusion, peripatellar tenderness, and no instability. The patient was felt to have a left knee sprain/strain with possible internal derangement. Conservative treatment was recommended with physical therapy. With conservative treatment and therapy the patient did have some improvement. The patient was last seen by Dr. Menet on 10-15-15 at which point her left knee symptoms were noted to be tolerable. On examination there was minimal tenderness to palpation and mild discomfort with patellar manipulation. The patient was released from further active care at that time.

Unfortunately, at the present time, the patient has had continued difficulties with intermittent pain which is throbbing and at about a 7/10 level of intensity in the left knee. There is popping in the knee and buckling as well as locking. She notes increased pain about the left knee with bending as well as with prolonged standing or walking. She notes she can't stand or walk as long as she used to be able to and can't squat or kneel as long as she used to be able to due to the pain in her left knee. She has increased pain with stairclimbing. She has stiffness and some fatigue sensations about the left knee with activities. She has increased pain and aching

discomfort about the left knee with cold or damp weather changes. No previous or intervening history of injury to or difficulties with the patient's left knee. The patient was working as a police officer at the time of the injury and missed about 2 weeks of work before returning in the same capacity.

PAST MEDICAL HISTORY:
Hypertension

PAST SURGICAL HISTORY:
C-sections X3

SOCIAL HISTORY:
The patient is married, has children, and reports no use of alcohol, tobacco, or recreational drugs.

MEDICATIONS:
Ibuprofen p.r.n. p.r.n. and Hydrochlorothiazide

ALLERGIES:
Bactrim

PHYSICAL EXAM:
The patient is a pleasant well developed woman who is alert and oriented and has an appropriate mood and affect. She is 5 feet 5 inches tall and weighs 220 lbs.

Examination of the left knee reveals no bruising, discoloration, or abrasion. There is no effusion. There is tenderness to the medial and lateral patellar facets. There is pain on patellar grinding. There is tenderness to the medial jointline. Mobility is 0 to 120 degrees with pain and intermittent crepitation. The pain is most marked on maximum flexion. There is pain on patellar grinding. There is no laxity of the cruciate or collateral ligaments. There is some quad weakness on resisted strength testing in comparison to the contralateral side. Hamstring strength is good. The extensor mechanism is intact. Good distal pulses are noted. The distal neurocirculatory examination is intact including motor and sensory.

RADIOGRAPHS:
RADIOGRAPHS OBTAINED & REVIEWED IN THE OFFICE TODAY—

LEFT KNEE, THREE VIEW SERIES, INCLUDING STANDING AP VIEWS OF THE KNEES BILATERALLY, AS WELL AS LATERAL AND SUNRISE VIEWS: Reveal no evidence of fracture or dislocation.

EVALUATION:
On 8-1-15 the patient sustained injury to her left knee while at the Save A Lot. Unfortunately, at the present time, the patient continues to have significant complaints and findings. I believe this patient should have further evaluation with an MRI scan in view of her ongoing symptoms of pain, popping, buckling, and locking in the left knee. All opinions contained in this report have been stated within a reasonable degree of medical certainty.

JOEL D. FECHTER, M.D.

JDF/ss
(Signed but not reviewed)

cc/Shaketa Denson, Esq.

CLH/SC/SSD

**DRS. MININBERG & FECHTER, P.A.**

Harvey N. Mininberg, M.D., A.A.O.S.
Joel D. Fechter, M.D., A.A.O.S.

Practice Limited to Orthopaedic Surgery
Arthroscopic Surgery & Sports Medicine

Doctors Medical Park West
Suite 105A
10301 Georgia Avenue
Silver Spring, Maryland 20902

Office (301) 681-7100
Billing (301) 681-0880
Physical Therapy (301) 681-6884
Fax (301) 681-6146

Bowie Office Park
Suite 104
14300 Gallant Fox Lane
Bowie, Maryland 20715

Office (301) 262-6262

KIM DANIEL
85326-1
7-26-17

I have report of an MRI scan of the left knee dated 6-1-17, noted to reveal a horizontal tear of the body into the posterior horn of medial meniscus with very mild degenerative changes, particularly in the patellofemoral compartment with a small joint effusion. There is a 1.5 cm mass within the joint at the deep surface of Hoffa's fat pad. It was noted that although nonspecific, given the appearance and location the radiologist would favor a soft tissue chondroma with less likely considerations of focal nodular synovitis or synovial hemangioma. It was noted that intraarticular malignancies will not fully exclude on the basis of imaging were very rare and there were no aggressive features seen here.

I would recommend that the patient be seen by her treating orthopedic surgeon, Dr. Manet, to evaluate the MRI scan, and ascertain whether or not the medial meniscal tear looked like a surgical lesion as well as to evaluate the mass.

JOEL D. FECHTER, M.D.

ss

cc/Shaketta Denson, Esq.