IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIM DANIEL | : |
|     Plaintiff | : |
| vs. | :    Case No.: 8:17-cv-02693-PWG |
| MORAN FOODS LLC, SUPERVALU | : |
| d/b/a SAVE-A-LOT | : |
|     Defendant | : |

<u>KIM DANIEL'S RULE 26(a)(2) EXPERT DISCLOSURES</u>

Kim Daniel ("Mrs. Daniel"), by and through counsel Shakétta A. Denson and **CHASEN**BOSCOLO, discloses, pursuant to the Federal Rules of Civil Procedure, Rules for the United States District Court for the District of Maryland and the Scheduling Order entered by this Court, the following expert witnesses:

1. Dr. Joel D. Fechter
   Drs. Mininberg & Fechter, P.A.
   10301 Georgia Ave., Ste. 105A, Silver Spring, MD 20902
   (301) 681-7100

Dr. Joel D. Fechter is a Board Certified Orthopedic Surgeon who evaluated Mrs. Daniel on November 4, 2016 and July 26, 2017 for the injuries that Mrs. Daniel sustained in the subject incident that occurred on August 1, 2015. Dr. Fechter will testify within a reasonable degree of medical certainty or probability based on his years of education, training, and experience, treatment and evaluation of Mrs. Daniel, and review of records and diagnostics from other medical providers following the August 1, 2015 incident. Dr. Fechter will testify that Mrs. Daniel first visited his office on November 4, 2016 and that prior to her initial visit with him, Mrs. Daniel had been treated at Kaiser Permanente's Tysons Corner Urgent Care in McLean, Virginia for injury to her left knee after slipping on spilled milk at Save-A-Lot grocery store. Dr. Fechter will testify that at that prior visit, Mrs. Daniel had been prescribed rest and ice at Tysons Corner Urgent Care. Dr. Fechter will further testify that at Mrs. Daniel's first visit with him, Mrs. Daniel complained of throbbing pain, popping, buckling and locking of her left knee, and to further evaluate those symptoms he recommended an MRI.


DEFENDANT'S EXHIBIT 1

Dr. Fechter will testify that on July 26, 2017, he reviewed the report of Mrs. Daniel's MRI scan of the left knee performed on June 1, 2017. Dr. Fechter will testify that upon his review of Mrs. Daniel's MRI scan films, he observed a tear of the medial meniscus and mild degenerative changes. He will also testify to the overall periods of time where it would have been fair, reasonable and necessary for Mrs. Daniel to be out of work as a result of the subject incident.

Regarding his independent medical examination of Mrs. Daniel and regarding Mrs. Daniel's past medical history, Dr. Fechter will testify that Mrs. Daniel continues to experience stiffness and soreness in her left knee. He will also testify that in his examination of Mrs. Daniel he observed tenderness to the medial and lateral patellar facets and the medial jointline. He will testify that Mrs. Daniel has pain on patellar grinding with pain most marked on maximum flexion. Dr. Fechter will testify that Mrs. Daniel's mobility is o to 120 degrees with pain and intermittent crepitation.

Dr. Fechter will testify that all treatment he provided to Mrs. Daniel and the treatment provided by Kaiser Permanente Tysons Urgent Care, Multi-Specialty Healthcare, MED, LLC and the injuries/diagnoses Mrs. Daniel received from Dr. Fechter and those providers after the August 1, 2015 incident were fair, reasonable and necessary and caused by the August 1, 2015 incident. Dr. Fechter will testify that Mrs. Daniel has reached maximum medical improvement and will testify regarding his review of prior medical records from Tysons Corner Urgent Care and Multi-Specialty Healthcare. Dr. Fechter is expected to testify that the treatment and charges incurred for the medical services provided to Mrs. Daniel at the following providers were fair, reasonable, necessary, and causally related to the injuries sustained in the August 14, 2015 subject incident: Kaiser Permanente Tysons Urgent Care, Multi-Specialty Healthcare, MED, LLC and Drs. Mininberg & Fechter, P.A.

Dr. Fechter's independent medical evaluation report and visit note is attached along with Dr. Fechter's CV and Testimony List, as Exhibits 1-4.

2. Anthony J. Shinsky, AIA, NCARB, LEED AP
    Robson Forensic, Inc.
    354 North Prince Street, Lancaster, PA 17603
    (303) 388-0372

Mr. Shinsky is a Premises Safety Expert who will testify as to his education, training, expertise and his investigation of the subject incident which occurred on August 1, 2018. Mr.

Shinsky's testimony will include an explanation of his methodology for invesitgating the incident, the scientific data, if any, he gathered, the data and information he reveiwed in the reports and other documents produced to date, the information he secured from witnesses to the incident, if any, and the information he gathered from the parties to this case. Mr. Shinsky will testify as to the proper standard of care regarding retail operations safety, warnings and breaches of the standard. Mr. Shinsky will provide an opinion regarding how the Defendant's conduct proximately caused the incident and Mrs. Daniel's injuries. Mr. Shinsky is expected to testify consistent with the opinions in his attached report.

Mr. Shinsky will testify that spilled milk on the floor at the dairy case of Defendant's store created a hazardous condition that caused Mrs. Daniel to fall. He will testify that Defendant knew of the spill and left the area unattended, making it dangerous to patrons such as Mrs. Daniel. Mr. Shinsky will testify that the Defendant's failure to place barricades or guards around the are and effectively prevent patrons from unknowingly entering the wet floor area, violated the standard of care for safe walkways and caused Mrs. Daniel to fall. Mr. Shinksy is expected to testify that Defendant violated the standard of care for safe walkways and walkway maintenance in a manner that resulted in Mrs. Daniel's fall.

Mr. Shinsky's report and CV are attached as Exhibits 5-6.

Mrs. Daniel reserves the right to supplement this Rule 26(a)(2) designation, pursuant to Federal Rule of Civil Procedure, 26(e)2 to provide any reports and/or supplement any opinions which are not currently in possession and add any other medical providers who have seen Plaintiff as well as experts identified by the Defendant and to call any other expert witness which my attorney deems necessary.

Respectfully submitted,
CHASENBOSCOLO

By: _____
Shaketta A. Denson
sdenson@chasenboscolo.com
7852 Walker Drive, Suite 300
Greenbelt, Maryland 20770
(301) 220-0050
(301) 474 1230 (fax)
Counsel for Kim Daniel