# ARCHITECT'S REPORT

## on

## The Daniel Fall

Daniel v Moran Food; et al.
RFI #17FE0546

Prepared by

Anthony J. Shinsky, AIA, NCARB, BI-ICC

January 23, 2018



**THE EXPERTS**
**Robson Forensic**

# The Daniel Fall

**ARCHITECT'S REPORT**                                                                                January 23, 2018

### A.    Introduction

On August 1, 2015, Kim Daniel was a patron of the Sav-A-Lot Food Store located at 6309 Livingston Road, Oxon Hill, MD. At about 12:35 pm, she was shopping while pushing her grocery cart near the dairy case where milk is displayed. Milk had been spilled on the white floor, and it was identified by a store employee who then left the spill unguarded. As Daniel pushed her cart along the front of the dairy case, she stepped in the spill, slipped, fell and was injured.

Robson Forensic Inc. has been retained to determine whether the actions of Sav-A-Lot Foods created dangerous conditions that caused Daniel to fall.

This investigation was conducted by and report prepared by Anthony J. Shinsky, NCARB, AIA, BI-ICC.

### B.    Material Available for Review

1. Complaint
2. Deposition Transcript of Kim Daniel dated December 18, 2017
3. Deposition Transcript of Brennon Jones dated December 18, 2017
4. Plaintiffs Answer to Defendants Request for Production of Documents.
5. Defendant Sav-A-Lot Foods answer to Plaintiff's claims
6. Defendant Sav-A-Lot Foods answer to Plaintiff's Request for Admissions
7. Defendant Sav-A-Lot Foods answer to Plaintiff's Request for Production of Documents
8. Sav-A-Lot surveillance video of the Daniel Fall at Dairy Case
9. Hand written Incident Report
10. My Site investigation of January 13, 2018

### C.    Background

#### Sav-A-Lot Food Store

The Sav-A-Lot food store is located in the Oxon Hill Shopping Center at 6309 Livingston Road, Oxon Hill, MD. The store faces east towards the shopping center parking lot. Inside the store, the shopping aisles are oriented with the end caps facing the front and rear of the store. The flooring throughout the store is white vinyl tile. The floor was sealed and finished to a high gloss on which the reflection of the ceiling mounted lighting could be seen.

The dairy case is in the rear right hand corner of the store at the intersection of the rear aisle and the last aisle at the right hand end of the store, Aisle 10. The dairy case is an enclosed, vertical, self-serve



case with swinging glass doors. The case has four doors and is about 10' long. The doors are hinged on the left and swing out. Milk and other refrigerated dairy products are displayed in the case on shelves.

Directly adjacent to the dairy case and on its left hand side, a double swing door provides access to the employee work room and stocking area behind the dairy case.

At the time Daniel fell, there were cases of plastic wrapped bottled water displayed in front of the dairy case. The space between the dairy case and bottled water was about 3-4'. The bottled water was stacked about 3' tall.

<u>Video Surveillance</u>

The Sav-A-Lot store has camera surveillance video throughout the store for the date and time of the Daniel fall, which was provided. Three of the video segments include views of Daniel and her fall. All of these views are located in the Clip titled "2A Incident Only".

The first view is looking along the back aisle from left to right with the dairy case in the background. This view is titled "Dairy". The second is a view from the rear right hand corner of the store looking along the back aisle from right to left with the dairy case in the foreground. This view is titled "Back Aisle". The third view is along Aisle 10 looking from the front of the store towards the back, with the dairy case in the background and is titled "Aisle 10".

The videos show that the floor in front of the dairy case was the same tile as the remainder of the floor in the store. There were no mats on the floor in front of the dairy case.

As the video begins a male customer walks toward the dairy case from the left along the back aisle, pulled the dairy case door open with his left hand, and retrieves two plastic gallon jugs of milk from the shelf with his right hand. As he does so, he quickly pulls his right arm back from the dairy case and one of the jugs falls to the floor immediately outside the dairy case. The customer moves backward away from the case and then walks to his right and around the area where the gallon jug fell. He then walks around the far side of the bottled water display, goes back to the dairy case again from the left and leans over the area where the gallon jug fell. He opens the dairy case door and retrieves another gallon jug.

Just as this customer turns to walk away from the dairy case back towards his cart, a store employee approaches from the left pushing a cart. The customer appears to point out the spilled milk in front of the dairy case to the store employee. The store employee leaves his cart adjacent to the bottled water display, walks over and picks the gallon jug up from the floor and carries it into the stock room through the doors adjacent to the dairy case.

Over a minute goes by with no activity at the front of the dairy case.



Daniel approaches the rear aisle and the dairy case area from aisle 8. She pushes her cart past the store employees cart next to the bottled water display and then between the bottled water and the dairy case. When her cart is about halfway along the dairy case, Daniel suddenly falls down while still grasping the handle of her shopping cart.

At this same moment, the store employee is seen emerging from the double doors to the stock area pushing a mop bucket by the handle of the mop. He leaves the mop bucket and assists Daniel up and he escorts her into the stock area through the double doors. The video segment ends shortly after they enter the stock room.

Daniel's Fall

Kim Daniel was about 45 years old and in good health at the time of her fall. She stopped by the store on August 1, 2015 to purchase milk and some other items while she was there. She arrived at the store about 5 minutes before her fall. She used a cart and headed through the store straight for the dairy section. During her deposition, Daniel describes her fall as follows;

> I was walking with the shopping cart and I'm walking towards the milk thing. And as -- me walking, the cart is sliding with me with it and my one leg go this way and the other leg go that way and I'm on the floor (KD 32).

After she fell, the store manager came over to assist her. She repeated what she heard the store employee say to her as:

> He said, "I just saw it. And I saw you" -- "as me going to get the wet floor sign I saw you sliding already into it" he said, "but we short at work so I didn't get a chance to get it there as fast as I could get you."

### D.   Cause of Daniel's Fall

Daniel fell because there was an unguarded spill of milk on the white floor. When Daniel pushed her cart along the aisle in front of the dairy case, she slipped on the milk, fell and was injured. The spill had been previously identified by a store employee who exited the area leaving it without any guards or warnings. When Daniel arrived at the dairy case there were no store employees at the scene, and were no signs or barricades to warn people of the spilled milk on the white floor.

The failures of Sav-A-Lot to have maintained floor mats in front of the dairy case and to have effectively protected patrons from walking into the area of the spill was dangerous and caused Daniel to fall.



E.     **Analysis**

Dangerous Floor

The National Safety Council (NSC) publishes nationally recognized literature related to the safe operation of retail environments. Data Sheet 495, Slips, Trips and Falls on Floors, identifies that:

> The primary causes of slips and falls on floors are: The presence of foreign substances (food, water, grease, oil, sawdust, soap, or debris).

The A.M Best Company, Inc. published a guide in 2003 for Supermarkets and Grocery Stores. The guide warns in part;

> Claims are likely to be more frequent than severe as a large percentage of all bodily injury claims will usually result from injuries caused by slips, trips, and falls. **Customers may slip on spilled produce, food or liquids**, or they may trip over fallen merchandise, poorly placed displays, protruding table legs, or corrugated cartons. Furthermore, insured's are responsible for keeping customers safe from harm both in the store and in their parking lots.                                                **[emphasis added]**

Spilled milk on the tile floor made the floor dangerous to people like Daniels.

Protecting Patrons from Spills

Sav-A-Lot knew that there was a milk spill on the white floor in the path of patron travel prior to the time of Ms. Daniel's fall. The area in which the milk was spilled was only wide enough for just one customer at a time. Having entered that area, there was not enough walking room for Daniel to avoid the spilled milk. It was foreseeable that leaving the spill unattended and unguarded made the floor dangerous and risked causing a slip and fall.

ANSI/ASSE A1264.2-2012, Provision of Slip Resistance on Walking/Working Surfaces is a nationally recognized standard for preventing falls. It reads in part;

> The next priority is to guard the hazard if possible, and the last priority is to warn of a hazard. The intent is to eliminate and /or reduce, as much as possible, the potential for injury (E9.1).

And:

> Alternate Route. When a slip/fall hazard covers an entire walkway, making it difficult to safely route personnel around the hazard, barricades shall be used to limit access. If appropriate, assign a person (s) to detour pedestrians in conjunction with the appropriate use of warning signs until the barricade can be erected or the hazard removed (9.1.1).

And:



> Barricades shall be used to isolate processes in hazardous areas. They shall also be used to isolate slip hazards from pedestrian traffic (10.1).

ANSI Z535.5-2007, Safety Tags and Barricade Tapes (for Temporary Hazards) explains:

> Barricade tapes shall be placed to alert and inform the viewer in sufficient time to take appropriate evasive actions to avoid the potential harm from the hazard (6.2.1).

Drawing the Big Picture for Slip, Trip, and Fall Prevention directs:

> When a slip/fall hazard covers an entire walkway, barricades should be used to prevent access. In addition, stationing an employee in the area to detour pedestrians may be appropriate. This should be done in conjunction with the appropriate use of warning signs until the barricade can be erected or the hazard is removed.

In this case, the Sav-A-Lot employee that discovered the spill failed to guard the area, provide a barricade, or provide warning signs around the area to prevent patron access or to alert them to the hazardous conditions while he left the area to retrieve cleaning materials.

Warning Placement

Where a hazard may exist, the use of warnings is an easy method of providing information to patrons. The standard ASSE/ANSI A1264.2, "Provision of Slip Resistance on Walking/Working Surfaces," identifies that:

> Warning signs shall be placed at approaches to, or around, areas where slip/fall hazards exist. These devices shall surround or be placed around the perimeter of the hazardous area so that it is clear as to where the hazard exists.

The Handbook of Warnings as edited by M.S. Wogalter of North Carolina State University establishes that:

> ...the standard of safe floor care maintenance is to place warning signs and cones entirely around the vicinity to warn individuals to avoid or adjust to the potentially slippery conditions.

Drawing the Big Picture for Slip, Trip, and Fall Prevention agrees, reading in part:

> Warning signs should be placed at principal approaches to the areas where slip/fall hazards exist and should clearly indicate/demarcate the hazardous area.

Sav-A-Lot failed to protect the floor with mats, guard or barricade the hazardous area while it was left unattended, and did not provide warning signs or devices to alert patrons that the floor may be dangerous. The failure to do so was unreasonable and caused Daniel to slip, fall and be injured.



**F.    Findings**

Within the bounds of reasonable Architectural and technical certainty, and subject to change if additional information becomes available, it is my professional opinion that;

1. Spilled milk on the floor at the dairy case created a hazardous condition that caused Daniel to slip and fall.

2. Sav-A-Lot knew of the spill and left the area unattended making it dangerous to people like Daniel.

3. The failure of Sav-A-Lot to have placed barricades or guards around the area and effectively prevent patrons from unknowingly entering the wet floor area violated the standard of care for safe walkways and caused Daniel to fall.

4. Sav-A-Lot violated the standard of care for safe walkways and walkway maintenance in a manner that resulted in the Daniel fall.

_____
Anthony J Shinsky, NCARB, AIA



**Robson Forensic** — THE EXPERTS

[7]