IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIM DANIEL

    Plaintiff

vs.      Case No.: 8:17-cv-02693-PWG

MORAN FOODS LLC, SUPERVALU

d/b/a SAVE-A-LOT

    Defendant

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

COMES NOW the Plaintiff, Kim Daniel ("Mrs. Daniel"), by and through her attorneys Shakétta A. Denson and CHASENBOSCOLO Injury Lawyers, respectfully submits the following proposed jury instructions:

1. FPJI 72: Corporations and Corporate Liability
2. MPJI 19:1 Definition of Negligence
3. MPJI 19:10 Causation
4. MPJI 19:11 Contributory Negligence
5. MPJI 19: 13 Assumption of the Risk
6. MPJI 24:1 Basis for Premises Liability
7. MPJI 24:3 Duty to Invitee
8. MPJI 10:12 Damage Award Not Subject to Federal or State Income tax
9. MPJI Minimizing Damages

Mrs. Daniel reserves the right, depending on the testimony given at trial, to request the following additional instructions:

Chapter 1: General Instructions
- 1:1    Introduction
- 1:2    Questions of Law During Trial
- 1:3    Witness Testimony Consideration
- 1:4    Expert Opinion Testimony

1:5     Impartiality in Consideration

1:6     Inferences from Statements of Court

1:7     What Constitutes Evidence

1:8     Direct and Circumstantial Evidence

1:10    Depositions

1:12    Burden of Proof - Preponderance of Evidence Standard

1:17    Case Submissions on Issues

1:18    Unanimous Verdict


Chapter 10: Damages - Generally

10:1    Introductory Statement

10:2    Compensatory Damages for Bodily Injury.

10:3    Susceptibility to Injury

10:4    Aggravation of Previous Condition

10-7    Compensatory Damages for Tort without bodily injury


Chapter 19: Negligence - General Concepts

19:1    Definition

19:3    Foreseeable Circumstances

19:10   Causation – Definition

Respectfully submitted,

*[signature]*

Shaketta A. Denson (#19668)
CHASENBOSCOLO
Greenbelt, Maryland 20770
(301) 220-0050
(301) 474 1230 (fax)
sdenson@chasenboscolo.com
Counsel for Kim Daniel